**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X  __1st__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Delanor Ulysse__   JOINT DEBTOR: __Alourdes Ulysse__   CASE NO.: __15-25340-JKO__
Last Four Digits of SS# xxx-xx-3815   Last Four Digits of SS# xxx-xx-6238   Case Filed On: __8/25/2015__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $__90.00__ for months __1__ to __4__;
  B.   $__115.00__ for months __5__ to __60__;
  C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:   Safe Harbor Attorney's Fee     $ 3,500.00     Plus filing fees and costs
                  Total Attorney's Fees Owed    **$ 3,500.00**
                  Total Paid Direct by Client    $ 750.00      Plus filing fees and costs
                  Balance Due                   **$ 2,750.00**  payable $ __81.82__ /month (Months __1__ to __4__)
                                                                payable $ __104.55__ /month (Months __5__ to __27__)
                                                                payable $ __18.07__ /month (Month __28__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  __–none-__
**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __none__            Total Due    $_____ Payable    $_____/month (Months____ to ____)

Unsecured Creditors:   Pay $ __0.00__ /month (Months __1__ to __27__)
                       Pay $ __86.48__ /month (Month __28__).
                       Pay $ __104.55__ /month (Months __29__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above**:

Debtor will pay direct to Wells Fargo Home Mortgage acct # ending 3664 for Homestead Property Located at 2081 N.W. 86 Terrace, Coral Springs, FL.

Debtor will pay direct to Lauderdale Memorial Park acct # ending 6517 for Funeral plot located in Fort Lauderdale, FL.

Debtor will pay direct to Capital One Auto Finance acct# ending 6517 for 2015 Kia Sorrento L 4D Utility VIN No. 5XYPGA35GG034109.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Debtor

Date: __December 8, 2015__

LF-31 (rev. 01/08/10)