JONES WALKER WAECHTER POITEVENT
201 SOUTH BISCAYNE BLVD
STE 2600
MIAMI, FL 33131



IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA.

CIVIL DIVISION

CASE NO. 42-2008-CA-005417-AXXX-XX

RES-FL FIVE, LLC

    Plaintiff,

vs.

DELANOR ULYSSE, et al.

    Defendants.
_____/

DAVID R ELLSPERMANN CLERK OF COURT MARION COUNTY
DATE: 09/12/2012  12:59:23 PM
FILE #: 2012088751   OR BK 05733 PGS 1447-1449
REC 27.00

RECEIVED 2012 AUG -2 AM 11:58 CLERK CIRCUIT COURT MARION COUNTY, FL

## FINAL DEFICIENCY JUDGMENT AGAINST DEFENDANTS
### DELANOR ULYSSE AND ALOURDES ULYSSE

    THIS CAUSE came to be heard on July 26, 2012, upon the motion by Plaintiff for entry of judgment for monetary damages based upon a deficiency against Defendants Delanor Ulysse and Alourdes Ulysse. Upon consideration of the motion, examination of the pleadings and papers on file, and being further advised in the premises, the court adjudges that Plaintiff, RES-FL FIVE, LLC, whose address is 730 NW 107th Avenue, Ste. 400, Miami, Florida 33172, recover from Defendants, Delanor Ulysse and Alourdes Ulysse, who have the address of 2081 NW 86th Terrace, Coral Springs, Florida 33071, as makers of the note, the following sums:

| | | | |
|---|---|---|---|
| (a) | Judgment amount (rendered June 14, 2011). | $ | 59,419.78 |
| (b) | Post-judgment interest at 6.00% from June 15, 2011 through July 19, 2011. ($9.77 per day) | $ | 332.00 |
| (c) | Fair Market Value | $ | [2,200.00] |

{M0404930.1}

STATE OF FLORIDA, COUNTY OF MARION
I HEREBY CERTIFY that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office.
...
DAVID R ELLSPERMANN MARION COUNTY FL

|     |                                                                                                                                                                        |     |           |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | --------- |
|     | Subtotal.                                                                                                                                                              | $   | 57,551.78 |
| (d) | Post-judgment interest at 6.00% from July 20, 2011 through September 30, 2011, after affording credit for value of collateral. ($9.41 per day)                         | $   | 677.23    |
| (e) | Post-judgment interest at 4.75% from October 1, 2011 through December 30, 2011 after affording credit for value of collateral. ($7.45 per day)                         | $   | 670.18    |
| (f) | Post-judgment interest at 4.75% from January 1, 2012 through July 26, 2012 after affording credit for value of collateral. ($7.43 per day)                             | $   | 1,537.20  |
|     | Deficiency as of July 26, 2012                                                                                                                                         | $   | **60,436.39** |

that shall bear interest at the statutorily prescribed rate, for which let execution issue.

Ordered in chambers at Marion County, Florida on ~~July~~ August 1ST, 2012.

_____
Circuit Court Judge

Copies furnished to:

Jones, Walker, Waechter,
Poitevent, Carrere & Denegre, LLP
201 S. Biscayne Blvd. Ste. 2600
Miami, FL 33131
    Counsel for Plaintiff

Tabitha S. Fish, Esq.
Saxon, Gilmore, Carraway & Gibbons, PA
201 E. Kennedy Blvd. Ste. 600
Tampa, FL 33602

{M0404930.1}

Delanor Ulysse
2081 NW 86th Terrace
Coral Springs, FL 33071
    Defendant

Alourdes Ulysse
2081 NW 86th Terrace
Coral Springs, FL 33071
    Defendant

{M0404930.1}

DAVID R ELLSPERMANN  MARION COUNTY FL