# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

ULYSSE, DELANOR
2081 NW 86TH TERRACE
CORAL SPRINGS, FL. 33071

ULYSSE, ALOURDES
2081 NW 86TH TERRACE
CORAL SPRINGS, FL. 33071

J12000625692
**FILED**
Oct 01, 2012 08:00 A.M.
Secretary of State
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

RES-FL FIVE, LLC
730 NW 107TH AVENUE
400
MIAMI, FLORIDA 33172
DOS DOCUMENT#: L11000015252

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

JARED KESSLER
JKESSLER@JONESWALKER.COM

AMOUNT DUE ON MONEY JUDGMENT: 60,436.39
APPLICABLE INTEREST RATE: 4.75%
NAME OF COURT: MARION COUNTY CIRCUIT COURT
CASE NUMBER: 42-2008-CA-005417-AXXX-XX
DATE OF ENTRY: 08/01/12
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: JARED KESSLER