UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 15-25340-JKO

                                                                       Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE

        Debtors.
_____/

**REQUEST FOR PRODUCTION**

Pursuant to Fed. R. Bankr. P. 9014(c) and 7034, and L.B.R. 9014-1, Secured Creditor, RES-FL FIVE, LLC (**"RES"**) requests that Delanor Ulysse and Alourdes Ulysse's (the **"Debtors"**) produce to undersigned counsel the following documents no later than December 29, 2015:

1. All documents evidencing the $1,900.00 in involuntary deductions referenced ECF No. 26, p.4, line 17, and any documents evidencing that such deductions are involuntary.

2. All documents evidencing why you failed to list RES as a creditor on your petition and schedules.

3. All documents evidencing the valuation of any property listed on your schedules B or C, as amended.

                                                                             Respectfully submitted,

                                                                             /s/ Lawrence E. Pecan
                                                                             Lawrence E. Pecan, Esquire
                                                                             Florida Bar No. 99086
                                                                             In-House Counsel
                                                                             Rialto Capital
                                                                             790 NW 107 Avenue, Suite 400
                                                                             Miami, Florida 33172
                                                                             Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on Debtors' counsel, at Chad@cvhlawgroup.com by email on December 15, 2015.