UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No. 15-25340-JKO

                                                   Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE

            Debtors.
_____/

## CERTIFICATE SERVICE

I HEREBY CERTIFY that copies of the *Motion to Compel and for Sanctions Against Debtors and Debtors' Counsel* [ECF No. 35] and the *Notice of Hearing* [ECF No. 36] were served on January 13, 2016 as follows:

## **VIA CMECF**

```
Scott C Lewis on behalf of Creditor Wells Fargo Bank, N.A
bkfl@albertellilaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Creditor RES-FL FIVE, LLC
lawrence.pecan@rialtocapital.com, lpecan@gmail.com

Chad T Van Horn on behalf of Debtor Delanor Ulysse
Chad@cvhlawgroup.com,
jay@cvhlawgroup.com,DeadlinesandHearings@gmail.com,allie@cvhlawgroup.com;Milagr
os@cvhlawgroup.com,terri@cvhlawgroup.com,matt@cvhlawgroup.com,martha@cvhlawgrou
p.com,marlene@cvhlawgroup.com,g2320@notify.cincompas

Chad T Van Horn on behalf of Joint Debtor Alourdes Ulysse
Chad@cvhlawgroup.com,
jay@cvhlawgroup.com,DeadlinesandHearings@gmail.com,allie@cvhlawgroup.com;Milagr
os@cvhlawgroup.com,terri@cvhlawgroup.com,matt@cvhlawgroup.com,martha@cvhlawgrou
p.com,marlene@cvhlawgroup.com,g2320@notify.cincompas

Robin R Weiner
```
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. Mail**

Delanor and Alourdes Ulysse
2081 NW 86th Ter
Coral Springs, FL 33071-6169

                                                  Respectfully submitted,

                                                  /s/ Lawrence E. Pecan
                                                  Lawrence E. Pecan, Esquire
                                                  Florida Bar No. 99086
                                                  In-House Counsel
                                                  Rialto Capital
                                                  790 NW 107 Avenue, Suite 400
                                                  Miami, Florida 33172
                                                  Lawrence.Pecan@rialtocapital.com