**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X    2nd        Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Delanor Ulysse           JOINT DEBTOR:  Alourdes Ulysse          CASE NO.: 15-25340-JKO
Last Four Digits of SS# xxx-xx-3815   Last Four Digits of SS# xxx-xx-6238         Case Filed On:  8/25/2015

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $  90.00  for months   1   to   4  ;
  B.   $ 209.95  for months   5   to   60  ;
  C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:  Safe Harbor Attorney's Fee        $ 3,500.00      Plus filing fees and costs
                 Total Attorney's Fees Owed        **$ 3,500.00**
                 Total Paid Direct by Client       $   750.00      Plus filing fees and costs
                 Balance Due                       **$ 2,750.00**  payable $  81.82  /month (Months   1   to   4  )
                                                                   payable $ 104.55  /month (Months   5   to   27  )
                                                                   payable $  18.07  /month (Month   28  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

  1. RES-FL FIVE, LLC
     c/o Quanton Serevicing Corp                 Lien Certificate amount $ 4,747.60 (4,259.44 + 4.75% interest)
     ATTN: E. Martin Luther King Jr. Blvd, # 310  Pay $ 86.32 / month (month 5 to 60)
     Tampa, FL 33619

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  none                Total Due    $_____  Payable   $_____/month (Months____ to ___)

Unsecured Creditors:    Pay $  0.00  /month (Months   1   to   27  )
                        Pay $ 86.48  /month (Month   28  ).
                        Pay $ 104.55 /month (Months   29   to   60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above**:

Debtor will pay direct to Wells Fargo Home Mortgage acct # ending 3664 for Homestead Property Located at 2081 N.W. 86 Terrace, Coral Springs, FL.

Debtor will pay direct to Lauderdale Memorial Park acct # ending 6517 for Funeral plot located in Fort Lauderdale, FL.

Debtor will pay direct to Capital One Auto Finance acct# ending 6517 for 2015 Kia Sorrento L 4D Utility VIN No. 5XYPGA35GG034109.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

               /s/
Debtor

Date: January 29,, 2016


LF-31 (rev. 01/08/10)