**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X    3rd        Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Delanor Ulysse         JOINT DEBTOR: Alourdes Ulysse          CASE NO.: 15-25340-JKO
Last Four Digits of SS# xxx-xx-3815   Last Four Digits of SS# xxx-xx-6238         Case Filed On: 8/25/2015

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A.    $  165.00  for months   1   to   10  ;
- B.    $  383.45  for months   11  to   30  ;
- C.    $  273.45  for months   31  to   60  ; in order to pay the following creditors:

Administrative:   Safe Harbor Attorney's Fee         $ 3,500.00        Plus filing fees and costs
                  Total Attorney's Fees Owed          **$ 3,500.00**
                  Total Paid Direct by Client         $   750.00        Plus filing fees and costs
                  Balance Due                         **$ 2,750.00**    payable $  75.00 /month (Months  1  to  10 )
                                                                        payable $ 100.00 /month (Months  11 to  30 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. RES-FL FIVE, LLC
   c/o Quanton Servicing Corp              Lien Certificate amount $ 4,747.60 (4,259.44 + 4.75% interest)
   ATTN: E. Martin Luther King Jr. Blvd, # 310   Pay $ 75.00 / month (month 1 to 10)
   Tampa, FL 33619                         Pay $ 79.95 / month (month 11 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  none            Total Due    $_____   Payable    $_____ /month  (Months____ to ___)

Unsecured Creditors:     Pay $  168.64  /month (Months  11  to  60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above**:

Debtor will pay direct to Wells Fargo Home Mortgage acct # ending 3664 for Homestead Property Located at 2081 N.W. 86 Terrace, Coral Springs, FL.

Debtor will pay direct to Lauderdale Memorial Park acct # ending 6517 for Funeral plot located in Fort Lauderdale, FL.

Debtor will pay direct to Capital One Auto Finance acct# ending 6517 for 2015 Kia Sorrento L 4D Utility VIN No. 5XYPGA35GG034109.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

           /s/
Chad Van Horn, Esq.
With clients knowledge and consent

Date: June 30, 2016

LF-31 (rev. 01/08/10)