UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 15-25340-JKO

                                                                Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE

             Debtors.
_____/

**NOTICE OF APPEAL**

Secured Creditor, RES-FL FIVE, LLC (*"RES"*) gives notice of appeal of the below referenced order:

| | | | |
|---|---|---|---|
| 11/22/2016 | | 69 (3 pgs) | Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ). (Grooms, Desiree) (Entered: 11/22/2016) |

CROSS PARTIES TO APPEAL

| *Debtors* | represented by | **Chad T Van Horn** |
|---|---|---|
| **Delanor Ulysse and Alourdes Ulysse** | | 330 N Andrews Ave #450 |
| 2081 NW 86th Ter | | Ft Lauderdale, FL 33301 |
| Coral Springs, FL 33071-6169 | | 954-765-3166 |
| BROWARD-FL | | Fax : 954-756-7103 |
| SSN / ITIN: xxx-xx-3815 | | Email: Chad@cvhlawgroup.com |

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was delivered to (1) counsel for the Debtor, (2) the Chapter 13 Trustee and (3) the United States Trustee by delivery of notices of electronic filing.

                                                /s/ Lawrence E. Pecan  
                                                Lawrence E. Pecan, Esquire