UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 15-25340-JKO

                                                                  Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE

       Debtors.
_____/

**APPELLANT'S STATEMENT OF THE ISSUES AND DESIGNATION OF THE RECORD**

Secured Creditor, RES-FL FIVE, LLC (*"Appellant"*) states as follows:

**A. Statement of the issues to be decided on appeal.**

    i. Whether the Bankruptcy Court erred in determining that voluntary contributions to a tax deferred annuity could not contribute to the calculation of the debtors' projected disposable income pursuant to 11 U.S.C. § 1325(b)(2).

    ii. Whether the Bankruptcy Court erred in determining that so long as not illegal, no amount of payment to a tax deferred annuity could be considered in determining good faith pursuant to 11 U.S.C. § 1325(a)(3) or (a)(7).

    iii. Whether the Bankruptcy Court abused its discretion in determining that the debtors filed their case and proposed their plan in good faith.

B.  Designation of the record.

| | | |
|---|---|---|
| 8/25/2015 | 1 | Chapter 13 Voluntary Petition . [Fee Amount $310] (Van Horn, Chad) (Entered: 08/25/2015) |
| 8/25/2015 | 3 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for for 5 Years Form 22C-1. Disposable Income Is Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 8/25/2015 | 4 | Chapter 13 Calculation of Your Disposable Income Form 22C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 8/25/2015 | 5 | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Chad T Van Horn (Re: 1 Voluntary Petition (Chapter 13) filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, 2 Statement of Debtor(s) Social Security Number(s) filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, 3 Chapter 13 Statement of Current Monthly Income filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, 4Calculation of Your Disposable Income Form 22C-2 filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse). (Van Horn, Chad) (Entered: 08/25/2015) |
| 8/25/2015 | 8 | Payment Advices by Debtor and Joint Debtor Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 9/9/2015 | 12 | Chapter 13 Plan Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 09/09/2015) |
| 11/17/2015 | 19 | Objection to Debtor's Claim of Exemptions Filed by Trustee Robin R Weiner. (Weiner, Robin) (Entered: 11/17/2015) |
| 12/4/2015 | 24 | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule C,] Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Attachments: # 1 Local Form 4) (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/4/2015 | 25 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable |

| | | |
|---|---|---|
| | | Income Is Not Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/4/2015 | 26 | Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/8/2015 | 28 | First Amended Chapter 13 Plan (Re:12 Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 12/08/2015) |
| 12/15/2015 | 32 | Objection to Confirmation of (28 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Attachments: # 1 Exhibit A - Judgment # 2 Exhibit B -JLC)(Pecan, Lawrence) (Entered: 12/15/2015) |
| 12/18/2015 | 33 | Notice to Withdraw Document Filed by Trustee Robin R Weiner (Re: 19 Objection to Debtor's Claim of Exemptions). (Weiner, Robin) (Entered: 12/18/2015) |
| 1/29/2016 | 40 | Second Amended Chapter 13 Plan (Re:28 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 01/29/2016) |
| 1/29/2016 | 41 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 01/29/2016) |
| 1/29/2016 | 42 | Amended Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 01/29/2016) |
| 2/16/2016 | 44 | Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Turner, Barry) (Entered: 02/16/2016) |
| 4/25/2016 | 50 | Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor |

| | | |
|---|---|---|
| | | Delanor Ulysse (Van Horn, Chad) (Entered: 04/25/2016) |
| 6/2/2016 | 54 | Order Overruling Res-FL Five, LLC's Objection. Re: (Re: 44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC). (Shafron, Judy) (Entered: 06/02/2016) |
| 7/28/2016 | 62 | Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Turner, Barry) (Entered: 07/28/2016) |
| 11/3/2016 | 66 | Order Overruling (Re: 62 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC). (Grooms, Desiree) (Entered: 11/03/2016) |
| 11/22/2016 | 69 | Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ). (Grooms, Desiree) (Entered: 11/22/2016) |
| 12/6/2016 | 71 | Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016. (Entered: 12/06/2016) |

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered to (1) counsel for the Debtor, (2) the Chapter 13 Trustee and (3) the United States Trustee by delivery of notices of electronic filing.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire