**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Delanor Ulysse and Alourdes Ulysse

**Case Number:** 15–25340–JKO
Chapter: 13
County of Residence or Place of Business: Fort Lauderdale
U.S. District Court Case Number:

# TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 12/6/2016
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested     ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** RES–FL FIVE, LLC
**Attorney:** Lawrence E Pecan
790 NW 107 Avenue, Suite 400
Miami, FL 33172
**Attorney:**

**Appellee/Respondent:** Alourdes Ulysse and Delanor Ulysse
**Attorney:** Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
**Attorney:**

**Title and Date of Order Appealed**, if applicable: Order Confirming Second Amended Chapter 13 Plan

**Entered on Docket Date:** 11/22/2016        **Docket Number:** 69

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 12/9/16

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk   (954) 769–5700