**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## Transcript Request Form

Submit this form to the transcription company by email, fax or postal mail:  **Attn: Janice Mauldin**

Transcriber:  **Ouellette and Mauldin Court Reporters, Inc.**

Email:  **omctrep@aol.com**     Telephone Number:  **(305) 358-8875**     Fax: **(305) 577-9869**

Case Number:  **15-25340-JKO**          Adversary Number: _____     Judge: **John K Olson**

Date of Hearing or Trial:        **04/26/2016**         Time of Hearing or Trial: **01:30 PM**

Debtor(s) Name:  **Delanor Ulysse and Alourdes Ulysse**

☒ The transcript being requested is included as a designated item for a pending appeal. **(If this box is checked, the requestor must also file this form with the clerk pursuant to Bankruptcy Rule 8009. The transcriber is responsible for notifying the clerk by electronic docket entry in the case the date the request was received and the date on which the transcriber expects to have the transcript completed (See Bankruptcy Rule 8010)).**

Select Delivery Method:

| ✔ |  | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|---|
| x | Ordinary Transcript<br>A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | .90 | .60 |
|   | 14-Day Transcript<br>A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | .90 | .60 |
|   | Expedited Transcript<br>A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | .90 | .60 |
|   | Daily Transcript<br>A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | 1.20 | .90 |
|   | Hourly Transcript<br>A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | 1.20 | .90 |

By submitting this request, it is understood that:

- A separate order must be placed for each transcript being requested.
- All transcript requests must be submitted directly to the transcriber. Do not contact the clerk's office regarding the status of a request.
- It is the responsibility of the requestor to verify that the transcript has not already been filed with the court.
- It is the responsibility of parties to request redaction. See Local Bankruptcy Rule 5005-1(A)(2)(b), Local Form "Notice of Intent to Request Redaction of Transcript" (LF-61), and "Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction".

Print Your Name:  **Lawrence E. Pecan, Esq.**

Mailing Address:  **790 NW 107 Avenue, Suite 400 Miami, Florida 33172**

Email Address:  **Lawrence.Pecan@rialtocapital.com**   Telephone No.: **305-485-3756**

{M1271604.1}LF-05 (rev. 12/01/15)